**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0649

Keith Miller

- - Versus - -

Nurse Paula Stringer; and State of Louisiana through
Louisiana Department of Public Safety and Corrections,
Rayburn Correctional Center

22nd Judicial District Court
Case #: 113465
Washington Parish

On Application for Rehearing filed on   01/03/2023 By Keith Miller

Rehearing _____*Denied*_____

_____

John Michael Guidry

_____

Elizabeth Wolfe

Date __**FEB 1 5 2023**_____

_____

Rodd Naquin, Clerk